UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

-v-

ZHONG SHI GAO, et al.

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

S7    23 Cr. 572 (CM)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorneys Ni Qian, James Ligtenberg, and Andrew Chan

It is found that the Indictment in the above-captioned action, S7 23 Cr 572 , is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore

ORDERED that the Indictment, S7 23 Cr. 572, in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
June 6, 2024

_____
THE HONORABLE STEWART D. AARON
UNITED STATES MAGISTRATE JUDGE